UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,
and ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

        Plaintiffs,

v.

PRESCRIPTION PARTNERS, LLC,

        Defendant.
_____/

Case No. 13-cv-13060

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

ORDER ADOPTING MAGISTRATE JUDGE GRAND'S SEPTEMBER 5, 2013
REPORT AND RECOMMENDATION (ECF NO. 17) and
DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (ECF NO. 10)

On September 5, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation to Deny Defendant's Motion to Dismiss (ECF No. 10) as MOOT. (Report and Recommendation, ECF No. 17.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation DENIES AS MOOT Defendant's Motion to Dismiss (ECF No. 10). The dismissal is without prejudice to Defendant's ability to file an appropriate motion with regard to Plaintiffs' amended complaint.

IT IS SO ORDERED.

                                                        s/Paul D. Borman
                                                        Paul D. Borman
                                                        United States District Judge

Dated: September 26, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 26, 2013.

                                                s/Deborah Tofil
                                                Case Manager